## UNITED STATES BANKRUPTCY COURT
### NORTHERN  DISTRICT OF  ILLINOIS
### EASTERN  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JULIE ANN BAKER | § | Case No. 1:11-20631-SPS |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        219 S. Dearborn Street
        Chicago, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee application(s) and any objection to the Final Report will be held at:

        10:30 a.m. on April 18, 2012
        in Courtroom 642, U. S. Courthouse
        219 South Dearborn Street, Chicago, IL 60604

    If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____            By: _____Kenneth S. Gardner_____
                                                                    Clerk of the Bankruptcy Court

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § 
 § 
JULIE ANN BAKER § Case No. 1:11-20631-SPS
 § 
Debtor(s) § 

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,500.29 |
| and approved disbursements of | $ | 18.78 |
| leaving a balance on hand of[1] | $ | 7,481.51 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: STEVEN R. RADTKE | $ 1,500.03 | $ 0.00 | $ 1,500.03 |
| Trustee Expenses: STEVEN R. RADTKE | $ 4.45 | $ 0.00 | $ 4.45 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 1,312.50 | $ 0.00 | $ 1,312.50 |

Total to be paid for chapter 7 administrative expenses  $  2,816.98
Remaining Balance  $  4,664.53

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,656.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 34.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | $ 196.39 | $ 0.00 | $ 67.08 |
| 2 | Discover Bank | $ 10,872.77 | $ 0.00 | $ 3,713.62 |
| 3 | N. A. Capital One | $ 2,199.85 | $ 0.00 | $ 751.36 |
| 4 | U. S. Bank N. A. | $ 387.85 | $ 0.00 | $ 132.47 |
| | Total to be paid to timely general unsecured creditors | | $ | 4,664.53 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

            Prepared By: /s/ Steven R. Radtke
                    Steven R. Radtke, Trustee


*STEVEN R. RADTKE*
*79 WEST MONROE STREET*
*SUITE 1305*
*CHICAGO, IL 60603*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                    Case No. 11-20631-SPS
Julie Ann Baker                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez          Page 1 of 3          Date Rcvd: Mar 21, 2012
                              Form ID: pdf006          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2012.

```
db              Julie Ann Baker,    910 Chesnut Drive,    Hickory Hills, IL  60457
aty            +Chill Chill & Radtke PC,    Steven R Radtke,    Chill Chill & Radtke PC,    79 W Monroe Street,
                 Suite 1305,    Chicago, IL 60603-4925
17277897        Bank of America,    Bankruptcy Department,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
17277894       +CBNA,    Attn: Bankruptcy Dept.,    P.O. Box 769006,    San Antonio, TX 78245-9006
17277888       +CITI,    Attn: Bankruptcy Dept.,    P.O. Box 7032,    Sioux Falls, SD 57117-7032
17734858       +Capital One,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas, TX 75374-0933
17277884       +Chase-Cha,    Attn: Bankruptcy Dept.,    Po Box 7090,    Mesa, AZ 85216-7090
17277896       +Codilis & Associates, PC,    2009-CH-01165,    15W030 N. Frontage Rd. #100,
                 Burr Ridge, IL 60527-6921
17277895       +DuPage County Clerk,    Doc #2009-CH-01165,    421 N County Farm Rd.,    Wheaton, IL 60187-3978
17277875       +EOS CCA,    Attn: Bankruptcy Dept.,    700 Longwater Dr,    Norwell, MA 02061-1624
17277889       +Echelon Recovery Inc.,    Attn: Bankruptcy Dept.,    P.O. Box 1880,    Voorhees, NJ 08043-7880
17277876       +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
17277877       +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
17277898       +First Source Advantage,    Bankruptcy Department,    PO Box 628,    Buffalo, NY 14240-0628
17277881      ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
               (address filed with court: HSBC/Bsbuy,     Attn: Bankruptcy Dept.,    Po Box 15519,
                 Wilmington, DE 19850)
17277886       +Integrity Financial Partners,    Bankruptcy Department,    4370 W. 109th St., Ste. 100,
                 Overland Park, KS 66211-1316
17277893       +Integrity Financial Partners,    Attn: Bankruptcy Dept.,    4370 W. 109th, Suite 100,
                 Leawood, KS 66211-1316
17277882       +Mcydsnb,    Attn: Bankruptcy Dept.,    9111 Duke Blvd,    Mason, OH 45040-8999
17277887       +Palos Community Hospital,    Attn: Bankruptcy Dept.,    12251 s. 80th Avenue,
                 Palos Heights, IL 60463-0930
17277872       +R & B Receivables MANA,    Attn: Bankruptcy Dept.,    860 S Northpoint Blvd,
                 Waukegan, IL 60085-8201
17277879       +TNB - Target,    Attn: Bankruptcy Dept.,    Po Box 673,    Minneapolis, MN 55440-0673
17277878       +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
17899636      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: U.S. Bank N.A.,     P.O. Box 5229,    Cincinnati, OH 45201)
17277880       +Wfnnb/VICTORIAS SECRET,    Attn: Bankruptcy Dept.,    Po Box 182128,    Columbus, OH 43218-2128
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
17635371        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 22 2012 02:59:42
                 American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
17277891       +E-mail/Text: kmoore@beacon-services.com Mar 22 2012 02:05:37      Beacon Services, LLC,
                 Attn: Bankruptcy Dept.,    P.O. Box 4597,    Lutherville, MD 21094-4597
17635435        E-mail/PDF: mrdiscen@discoverfinancial.com Mar 22 2012 03:01:54      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
17277885       +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 22 2012 03:01:54      Discover FIN SVCS LLC,
                 Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington, DE 19850-5316
17277873       +E-mail/Text: BKNOTICES@EAFLLC.COM Mar 22 2012 02:18:05      GE Capital Corp.,
                 C/O Equable Ascent Financi,    5 Revere Dr,    Northbrook, IL 60062-1566
17277883       +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 22 2012 01:31:13      Kohls/Chase,
                 Attn: Bankruptcy Dept.,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
17277874       +E-mail/Text: bankruptcy@hraccounts.com Mar 22 2012 01:31:12      VON MAUR - CHICAGO/Downstate,
                 C/O H & R Accounts INC,    7017 John Deere Pkwy,    Moline, IL 61265-8072
                                                                                              TOTAL: 7
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17277892*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank,     Attn: Bankruptcy Dept.,    950 17th St., Ste. 810,
                 Denver, CO 80202)
17277890      ##+Bank of America,    Bankruptcy Department,    PO Box 15168,    Wilmington, DE 19850-5168
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mgonzalez              Page 2 of 3              Date Rcvd: Mar 21, 2012
                              Form ID: pdf006              Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 23, 2012**           **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: mgonzalez              Page 3 of 3                   Date Rcvd: Mar 21, 2012
                               Form ID: pdf006              Total Noticed: 31
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2012 at the address(es) listed below:
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Salvador  Gutierrez    on behalf of Debtor Julie Baker ndil@geracilaw.com
          Steven R Radtke    sradtke@chillchillradtke.com,  sradtke@ecf.epiqsystems.com
          Steven R Radtke    on behalf of Trustee Steven Radtke sradtke@chillchillradtke.com
          TOTAL: 4