UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JULIE ANN BAKER | § | Case No. 11-20631 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $      (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $      from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/STEVEN R. RADTKE_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Bank of America | | | | | |
| STEVEN R. RADTKE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Bank of America Bankruptcy Department 4060 Ogletown/Stanton Rd Newark DE 19713 | | | | | |
| | 1 Bank of America Bankruptcy Department 4060 Ogletown/Stanton Rd Newark DE 19713 | | | | | |
| | 10 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | 10 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | 11 GE Capital Corp. C/O Equable Ascent Financi 5 Revere Dr Northbrook IL 60062 | | | | | |
| | 11 GE Capital Corp. C/O Equable Ascent Financi 5 Revere Dr Northbrook IL 60062 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 12 HSBC/Bsbuy Attn: Bankruptcy Dept. Po Box 15519 Wilmington DE 19850 | | | | | |
| | 12 HSBC/Bsbuy Attn: Bankruptcy Dept. Po Box 15519 Wilmington DE 19850 | | | | | |
| | 13 Integrity Financial Partners Attn: Bankruptcy Dept. 4370 W. 109th, Suite 100 Leawood KS 66211 | | | | | |
| | 13 Integrity Financial Partners Attn: Bankruptcy Dept. 4370 W. 109th, Suite 100 Leawood KS 66211 | | | | | |
| | 14 Kohls/Chase Attn: Bankruptcy Dept. N56 W 17000 Ridgewood Dr Menomonee Falls WI 53051 | | | | | |
| | 14 Kohls/Chase Attn: Bankruptcy Dept. N56 W 17000 Ridgewood Dr Menomonee Falls WI 53051 | | | | | |
| | 15 Mcydsnb Attn: Bankruptcy Dept. 9111 Duke Blvd Mason OH 45040 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 15 Mcydsnb Attn: Bankruptcy Dept. 9111 Duke Blvd Mason OH 45040 | | | | | |
| | 16 Palos Community Hospital Attn: Bankruptcy Dept. 12251 s. 80th Avenue Palos Heights IL 60463 | | | | | |
| | 16 Palos Community Hospital Attn: Bankruptcy Dept. 12251 s. 80th Avenue Palos Heights IL 60463 | | | | | |
| | 17 R & B Receivables MANA Attn: Bankruptcy Dept. 860 S Northpoint Blvd Waukegan IL 60085 | | | | | |
| | 17 R & B Receivables MANA Attn: Bankruptcy Dept. 860 S Northpoint Blvd Waukegan IL 60085 | | | | | |
| | 18 TNB - Target Attn: Bankruptcy Dept. Po Box 673 Minneapolis MN 55440 | | | | | |
| | 18 TNB - Target Attn: Bankruptcy Dept. Po Box 673 Minneapolis MN 55440 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 19 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 19 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 2 Beacon Services, LLC Attn: Bankruptcy Dept. P.O. Box 4597 Lutherville MD 21094 | | | | | |
| | 2 Beacon Services, LLC Attn: Bankruptcy Dept. P.O. Box 4597 Lutherville MD 21094 | | | | | |
| | 20 VON MAUR - CHICAGO/Downstate C/O H & R Accounts INC 7017 John Deere Pkwy Moline IL 61265 | | | | | |
| | 20 VON MAUR - CHICAGO/Downstate C/O H & R Accounts INC 7017 John Deere Pkwy Moline IL 61265 | | | | | |
| | 21 Wfnnb/VICTORIAS SECRET Attn: Bankruptcy Dept. Po Box 182128 Columbus OH 43218 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 21 Wfnnb/VICTORIAS SECRET Attn: Bankruptcy Dept. Po Box 182128 Columbus OH 43218 | | | | | |
| | 3 CBNA Attn: Bankruptcy Dept. P.O. Box 769006 San Antonio TX 78245 | | | | | |
| | 3 CBNA Attn: Bankruptcy Dept. P.O. Box 769006 San Antonio TX 78245 | | | | | |
| | 4 Chase-Cha Attn: Bankruptcy Dept. Po Box 7090 Mesa AZ 85216 | | | | | |
| | 4 Chase-Cha Attn: Bankruptcy Dept. Po Box 7090 Mesa AZ 85216 | | | | | |
| | 5 CITI Attn: Bankruptcy Dept. P.O. Box 7032 Sioux Falls SD 57117 | | | | | |
| | 5 CITI Attn: Bankruptcy Dept. P.O. Box 7032 Sioux Falls SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 6 Discover FIN SVCS LLC Attn: Bankruptcy Dept. Po Box 15316 Wilmington DE 19850 | | | | | |
| | 6 Discover FIN SVCS LLC Attn: Bankruptcy Dept. Po Box 15316 Wilmington DE 19850 | | | | | |
| | 7 Echelon Recovery Inc. Attn: Bankruptcy Dept. P.O. Box 1880 Voorhees NJ 08043 | | | | | |
| | 7 Echelon Recovery Inc. Attn: Bankruptcy Dept. P.O. Box 1880 Voorhees NJ 08043 | | | | | |
| | 8 EOS CCA Attn: Bankruptcy Dept. 700 Longwater Dr Norwell MA 02061 | | | | | |
| | 8 EOS CCA Attn: Bankruptcy Dept. 700 Longwater Dr Norwell MA 02061 | | | | | |
| | 9 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 9 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | Bank of America Bankruptcy Department PO Box 15168 Wilmington DE 19850 | | | | | |
| | Bank of America Bankruptcy Department PO Box 15168 Wilmington DE 19850 | | | | | |
| | Codilis & Associates, PC 2009-CH-01165 15W030 N. Frontage Rd. #100 Burr Ridge IL 60527 | | | | | |
| | Codilis & Associates, PC 2009-CH-01165 15W030 N. Frontage Rd. #100 Burr Ridge IL 60527 | | | | | |
| | DuPage County Clerk Doc #2009-CH-01165 421 N County Farm Rd. Wheaton IL 60187 | | | | | |
| | DuPage County Clerk Doc #2009-CH-01165 421 N County Farm Rd. Wheaton IL 60187 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Source Advantage Bankruptcy Department PO Box 628 Buffalo NY 14240 | | | | | |
| | First Source Advantage Bankruptcy Department PO Box 628 Buffalo NY 14240 | | | | | |
| | Integrity Financial Partners Bankruptcy Department 4370 W. 109th St., Ste. 100 Overland Park KS 66211 | | | | | |
| | Integrity Financial Partners Bankruptcy Department 4370 W. 109th St., Ste. 100 Overland Park KS 66211 | | | | | |
| | US Bank Attn: Bankruptcy Dept. 950 17th St., Ste. 810 Denver CO 80202 | | | | | |
| | US Bank Attn: Bankruptcy Dept. 950 17th St., Ste. 810 Denver CO 80202 | | | | | |
| 1 | American Infosource Lp As Agent For | | | | | |
| 2 | Discover Bank | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | N. A. Capital One | | | | | |
| 4 | U. S. Bank N. A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-20631 | SPS | Judge: | Susan Pierson Sonderby | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | JULIE ANN BAKER | | | | Date Filed (f) or Converted (c): | 05/16/2011 (f) |
| | | | | | 341(a) Meeting Date: | 06/27/2011 |
| For Period Ending: | 06/12/2012 | | | | Claims Bar Date: | 11/02/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a)<br>DA=554(c) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. Void (u) | Unknown | N/A | DA | 0.00 | FA |
| 2. checking account with Bank of America | 400.00 | 0.00 | DA | 0.00 | FA |
| 3. Household goods; TV, DVD player, TV stand, stereo, sofa, vac | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Void (u) | Unknown | N/A | DA | 0.00 | FA |
| 5. Books, Compact Discs, Tapes/Records, Family Pictures | 45.00 | 0.00 | DA | 0.00 | FA |
| 6. Void (u) | Unknown | N/A | DA | 0.00 | FA |
| 7. Necessary wearing apparel | 50.00 | 0.00 | DA | 0.00 | FA |
| 8. Void (u) | Unknown | N/A | DA | 0.00 | FA |
| 9. Earrings, watch, costume jewelry | 100.00 | 0.00 | DA | 0.00 | FA |
| 10. Void (u) | Unknown | N/A | DA | 0.00 | FA |
| 11. Pension w/Employer/Former Employer - 100% Exempt. | 1,300.00 | 0.00 | DA | 0.00 | FA |
| 12. Void (u) | Unknown | N/A | DA | 0.00 | FA |
| 13. 41 shares with Bank of America | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 14. Void (u) | Unknown | N/A | DA | 0.00 | FA |
| 15. 2009 Chevrolet Malibu with over 35,000 miles | 13,000.00 | 9,000.00 | | 7,500.00 | FA |
| 16. Void (u) | Unknown | N/A | DA | 0.00 | FA |
| 17. Two dogs | 0.00 | 0.00 | DA | 0.00 | FA |
| 18. Void (u) | Unknown | N/A | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.29 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $16,895.00   $9,000.00   $7,500.29   $0.00

(Total Dollar Amount in Column 6)

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sale of automobile. checked claims. checking tax consequences, then file final report.; hrg on TFR set for April 18, 2012

Exhibit 8

Initial Projected Date of Final Report (TFR): 07/29/2013     Current Projected Date of Final Report (TFR):

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-20631 | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|
| Case Name: | JULIE ANN BAKER | Bank Name: | Bank of America |
| | | Account Number/CD#: | XXXXXX0386 |
| | | | Money Market Account |
| Taxpayer ID No: | XX-XXX6393 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/12/2012 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/16/11 | 15 | Julie Baker | Proceeds of Sale of Automobile | 1129-000 | $7,500.00 | | $7,500.00 |
| 09/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.02 | | $7,500.02 |
| 10/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.06 | | $7,500.08 |
| 10/31/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $9.55 | $7,490.53 |
| 11/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.06 | | $7,490.59 |
| 11/30/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $9.23 | $7,481.36 |
| 12/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.06 | | $7,481.42 |
| 01/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.07 | | $7,481.49 |
| 02/10/12 | INT | Bank of America | Post accrued interest for account number 4437830386. | 1270-000 | $0.02 | | $7,481.51 |
| 02/10/12 | | Transfer to Acct # xxxxxx0470 | Transfer of Funds from MMA account xxx0386 to Checking account xxx0470 | 9999-000 | | $7,481.51 | $0.00 |

| | COLUMN TOTALS | $7,500.29 | $7,500.29 |
|---|---|---|---|
| | Less: Bank Transfers/CD's | $0.00 | $7,481.51 |
| | Subtotal | $7,500.29 | $18.78 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $7,500.29 | $18.78 |

| | Page Subtotals: | $7,500.29 | $7,500.29 |
|---|---|---|---|

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-20631
Case Name: JULIE ANN BAKER
Taxpayer ID No: XX-XXX6393
For Period Ending: 06/12/2012

Trustee Name: STEVEN R. RADTKE
Bank Name: Bank of America
Account Number/CD#: XXXXXX0470
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/10/12 | | Transfer from Acct # xxxxxx0386 | Transfer of Funds from MMA account xxx0386 to Checking account xxx0470 | 9999-000 | $7,481.51 | | $7,481.51 |
| 04/23/12 | 101 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,500.03 | $5,981.48 |
| 04/23/12 | 102 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $1,312.50 | $4,668.98 |
| 04/23/12 | 103 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $4.45 | $4,664.53 |
| 04/23/12 | 104 | American Infosource Lp As Agent For Target<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Final distribution to claim 1 representing a payment of 34.16 % per court order. | 7100-000 | | $67.08 | $4,597.45 |
| 04/23/12 | 105 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 2 representing a payment of 34.16 % per court order. | 7100-000 | | $3,713.62 | $883.83 |
| 04/23/12 | 106 | N. A. Capital One<br>Capital One,N.A.<br>C/O Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, Tx 75374 | Final distribution to claim 3 representing a payment of 34.16 % per court order. | 7100-000 | | $751.36 | $132.47 |

Page Subtotals: $7,481.51   $7,349.04

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-20631  
Case Name: JULIE ANN BAKER  
Taxpayer ID No: XX-XXX6393  
For Period Ending: 06/12/2012  

Trustee Name: STEVEN R. RADTKE  
Bank Name: Bank of America  
Account Number/CD#: XXXXXX0470  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/23/12 | 107 | U. S. Bank N. A.<br>U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, Oh 45201 | Final distribution to claim 4 representing a payment of 34.16 % per court order. | 7100-000 | | $132.47 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $7,481.51 | $7,481.51 |
| Less: Bank Transfers/CD's | $7,481.51 | $0.00 |
| Subtotal | $0.00 | $7,481.51 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $7,481.51 |

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*  

Page Subtotals: $0.00  $132.47

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0386 - Money Market Account | $7,500.29 | $18.78 | $0.00 |
| XXXXXX0470 - Checking | $0.00 | $7,481.51 | $0.00 |
|  | $7,500.29 | $7,500.29 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $7,500.29 |
| Total Gross Receipts: | $7,500.29 |

Page Subtotals:                                                                          $0.00          $0.00